| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Donald V. Biase, Chapter 7 Trustee<br>110 Allen Road #304<br>Basking Ridge, NJ 07920 |

| In Re: | Case No.: | 12-25696-JKS |
| --- | --- | --- |
| TRANSLOAD AMERICA, INC. | Chapter: | 7 |
| | Hearing Date: | |
| | Judge: | John K. Sherwood |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Donald V. Biase, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of $54.57 payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | Claim No. | AMOUNT |
| --- | --- | --- |
| David Bensignano<br>11 Round Hill Road<br>Jackson, NJ 08527 | 17 | 13.47 |
| Golder Associates, Inc.<br>3730 Chamblee Tucker Road<br>Atlanta, GA  30341 | 15 | 41.10 |

Dated: March 27, 2019          _/s/ Donald V. Biase_____
                               Donald V. Biase, Chapter 7 Trustee